DAMIAN AYARZAGOITIA, #66184
Saguaro Correctional Center
1252 E. Arica Rd.
Eloy, AZ 85131
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| DAMIAN AYARZAGOITIA,<br>    Plaintiff,<br><br>v.<br><br>TONY SAMANIEGO, ACTING<br>WARDEN WAYMON BARRY, GEMA<br>RUIZ, B. PENA, and THE GEO<br>GROUP INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>DR-19-cv-00053-AM-VRG |

### STIPULATION TO DISMISS ACTION WITH PREJUDICE

COMES NOW, Damian Ayarzagoitia, Plaintiff in the above-entitled matter, who pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), does hereby stipulate and agree, with Defendant's to the following:

Plaintiff and Defendant's do stipulate and agree to dismiss this action with prejudice due to the Court lacking subject-matter jurisdiction.

Plaintiff and defendant's do stipulate and agree that both parties shall bear their own costs and fees, that no reimbursement for said fees and costs will be paid by either party to the other party, and

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Page 1

neither party shall pay attorney fees to the other party.

Respectfully submitted,

_____  Date 11·12·2020
Damian Ayarzagoitia
Saguaro Correctional Center
1252 E. Arica Rd.
Eloy, AZ 85131
Plaintiff


_____  Date 11/16/2020
Benjamin Petty, State Bar No. 24105934
KELLY, MORGAN, DENNIS,
CORZINE & HANSEN, P.C.
P.O. Box 1311
Odessa, Texas 79760-1311
*Attorneys for Defendant's*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the November 16, 2020, I electronically filed the foregoing Stipulation to Dismiss Action with Prejudice with the Clerk of the Court using the electronic filing system. The following parties will be notified of this filing, by the method indicated:

VIA FIRST-CLASS MAIL
Damian Ayarzagoitia
#66184
Saguaro Correctional Center
1252 E. Arica Road
Eloy, AZ 85131

                                                 */s/ Benjamin Petty*
                                                 BENJAMIN PETTY